# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Ruby S. Parrott

| | |
|---|---|
| Case No.: | 14-23810 |
| Hearing Date: | 3/16/18 |
| Chapter: | 13 |
| Judge: | JNP |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny, Jr.  , United States Bankruptcy Judge.

**Reason for Hearing:**  Debtor(s) Objection to Certification of Default Submitted by Chapter 13 Standing Trustee

**Location of Hearing:**  Courtroom No. 4C
Mitchell H. Cohen Courthouse
400 Cooper Street, 4th Floor
Camden, NJ  08101

**Date and Time:**  March 16, 2018 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE:  January 31, 2018

JEANNE A. NAUGHTON, Clerk

By:  /s/ Joan Lieze
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  January 31 , 20 18  this notice was served on the following:  Chapter 13 Standing Trustee
Debtor(s)
Attorney for Debtor

JEANNE A. NAUGHTON, Clerk

By:  /s/ Joan Lieze
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Ruby S. Parrott  
      Debtor

Case No. 14-23810-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 31, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.  
db            +Ruby S. Parrott,    1920 Maurice River Parkway,    Vineland, NJ 08360-1976

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRU nj.bkecf@fedphe.com  
         Barbara J. Snavely    on behalf of Debtor Ruby S. Parrott jjresq1@comcast.net  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jennifer R. Gorchow    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRU nj.bkecf@fedphe.com  
         Joseph J. Rogers    on behalf of Debtor Ruby S. Parrott jjresq@comcast.net, jjresq1@comcast.net  
         Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp., Home Equity Asset Trust 2006-5, Home Equity Pass-Through Certificates, Series 2006-5, U.S. Bank National, as Trustee rsolarz@kmllawgroup.com  
         Robert L. Saldutti    on behalf of Creditor    First Niagara Bank NA rsaldutti@salduttcollect.com, lmarciano@salduttcollect.com;kcollins@slgcollect.com  
                                                                                                            TOTAL: 8