Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–23810–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ruby S. Parrott
  1920 Maurice River Parkway
  Vineland, NJ 08360

Social Security No.:
  xxx–xx–9180

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 21, 2016.

On February 19, 2018, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:          March 21, 2018
Time:          09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 20, 2018
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 14-23810-JNP
Ruby S. Parrott                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2               Date Rcvd: Feb 20, 2018
                              Form ID: 185               Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.

```
db            +Ruby S. Parrott,    1920 Maurice River Parkway,    Vineland, NJ 08360-1976
aty           +Phelan Hallinan & Schmieg,    400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             Ameica's Servicing Company,   PO Box 10388,    Des Moines, IA 50306-0388
cr            +First Niagara Bank NA,   c/o Saldutti Law Group,    Robert L. Saldutti, Esquire,
                800 N Kings Highway,   Suite 300,    Cherry Hill, NJ 08034-1511
cr            +WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING C,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
514899947    #+Agape Medical Center,   Timothy Rhyme MD. LLC,    1450 E. Chestnut Avenue Bldg Suite E,
                Vineland, NJ 08361-8467
514899948     +Akron Billing Center,   3585 Ridge Park Drive,    Akron, OH 44333-8203
514899952     +Americas Servicing Co,   P.o. Box 10328,    Des Moines, IA 50306-0328
514899953     +Apex Asset,   1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
514899954     +Balanced Healthcare Receivables LLC,    PO Box 9577,   Manchester, NH 03108-9577
514899955      C&H Collection Services,   PO Box 1399,    Merchantville, NJ 08109-0399
514899956  ++++CENTER FOR DIAGNOSTIC IMAGING,   1450 E CHESTNUT AVE STE 4C,    VINELAND NJ 08361-8469
                (address filed with court: Center For Diagnostic Imaging,    1550 E Chestnut Ave,
                Vineland, NJ 08361)
514899957    ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202)
514899962     +CVS/Caremark,   PO Box 659539,    San Antonio, TX 78265-9539
515048073      CitiFinancial Servicing LLC,   P. O. Box 6043,    Sioux Falls, SD 57117-6043
514899958     +Comenity Bank/dressbrn,   Po Box 182273,    Columbus, OH 43218-2273
514899959      Cooper University Physicians,   PO Box 95000-4345,    Philadelphia, PA 19195-4345
517190739     +Credit Suisse First Boston Mortgage Securities,    KML Law Group, P.C.,
                216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
514899961     +Cumberland Nephrology Assoc,   1318 South Main Road Building 4A,    Vineland, NJ 08360-6516
514899964     +DCM Services LLC,   4150 Olson Memorial Hwy Ste 200,    Minneapolis, MN 55422-4811
514899963     +Dawn Leeds,   1206 North Delaware Street,    Paulsboro, NJ 08066-1321
514899965      Emerg Phy Assoc of S Jersey,   PO Box 740021,    Cincinnati, OH 45274-0021
515443041     +First Niagara Bank NA,   c/o Saldutti Law Group,    800 N Kings Highway, Suite 300,
                Cherry Hill, NJ 08034-1511
514899968      Laboratory Corporation Of America,    PO Box 2240,   Burlington, NC 27216-2240
514899970     +Phelan Hallinan & Diamond, PC,   400 Fellowship Road Suite 100,    Mt. Laurel, NJ 08054-3437
514899971      Pinnacle Mid-Atlantic Anes/NJ,   PO Box 650782,    Dallas, TX 75265-0782
514899972      Quest Diagnostics,   PO Box 4911,    Southeastern, PA 19398-4911
514899973     +Regional Diagnostic Imaging,   PO Box 382,    Huntingdon, PA 16652-0382
514899975     +South Jersey Healthcare,   PO Box 48274,    Newark, NJ 07101-8474
514899976     +South Jersey Hospital,   PO Box 48274,    Newark, NJ 07101-8474
514899977      South Jersey Radiology Associates,    PO Box 1710,   Voorhees, NJ 08043-7710
514899978     +Southern Regional Pathology As,   PO BOx 754,    Millville, NJ 08332-0754
516504782     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
516504783     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515153731     +U.S. Bank National Association, as Trustee ET.AL,    AMERICAS SERVICING COMPANY,
                Attention: Bankruptcy Department,    MAC# #D3347-014,   3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
514899980     +Vineland Ems,   PO Box 1508,   Vineland, NJ 08362-1508
514899981      Virtua Health,   PO Box 6007,    Bellmawr, NJ 08099-6007
514899982     +Wachspress, Rainear & Rana Cardiolog,    1076 E Chestnut Avenue,   Vineland, NJ 08360-5843
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2018 23:42:45      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2018 23:42:42      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514899949     +E-mail/Text: bkrpt@retrievalmasters.com Feb 20 2018 23:42:40      Amca,
                4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1615
514899951     +E-mail/Text: bkrpt@retrievalmasters.com Feb 20 2018 23:42:40      American Medical Collection,
                2269 S Saw Mill River Road, Bldg 3,    Elmsford, NY 10523-3848
514899950     +E-mail/Text: bkrpt@retrievalmasters.com Feb 20 2018 23:42:40      American Medical Collection,
                PO Box 1235,   Elmsford, NY 10523-0935
514899960     +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 20 2018 23:43:26
                Credit Collection Services,   Two Wells Avenue,    Newton, MA 02459-3246
514899966      E-mail/Text: fnb.bk@fnfg.com Feb 20 2018 23:43:05      First Niagara Bank,   6950 S Transit Rd,
                Lockport, NY 14094
514958453      E-mail/Text: fnb.bk@fnfg.com Feb 20 2018 23:43:05      First Niagara Bank, N.A.,
                6950 South Transit Road,   PO Box 514,    Lockport NY 14095-0514
514899967      E-mail/Text: cio.bncmail@irs.gov Feb 20 2018 23:42:23      Internal Revenue Service,
                Bankruptcy Department,   955 South Springfield Avenue,    Springfield, NJ 08071
514899969     +E-mail/Text: mpma1944@aol.com Feb 20 2018 23:42:46      Mpma Inc,   Po Box 298,
                Millville, NJ 08332-0298
```

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Feb 20, 2018
                              Form ID: 185              Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515004902        E-mail/Text: bnc-quantum@quantum3group.com Feb 20 2018 23:42:36
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                                 TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514899974    ##+Shatkin Cardiology,    1051 W. Sherman Avenue 3A,    Vineland, NJ 08360-6931
514899979    ##+Transworld Systems,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING
               COMPANY AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
               BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRU nj.bkecf@fedphe.com
              Barbara J. Snavely    on behalf of Debtor Ruby S. Parrott jjresq1@comcast.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING
               COMPANY AS SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST
               BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRU nj.bkecf@fedphe.com
              Joseph J. Rogers    on behalf of Debtor Ruby S. Parrott jjresq@comcast.net,    jjresq1@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               Home Equity Asset Trust 2006-5, Home Equity Pass-Through Certificates, Series 2006-5, U.S. Bank
               National, as Trustee rsolarz@kmllawgroup.com
              Robert L. Saldutti    on behalf of Creditor    First Niagara Bank NA rsaldutti@salduttícollect.com,
               lmarciano@salduttícollect.com;kcollins@slgcollect.com
                                                                                                 TOTAL: 8
```