| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Joseph J. Rogers, Esquire(JJR 1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, New Jersey 08012<br>856-228-7964 | |

**Order Filed on September 17, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Ruby S. Parrott | Case No: 14-23810 JNP<br>Chapter: 13<br>Hearing Date: _____<br>Judge: Jerrold N. Poslusny Jr |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 17, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1920 Maurice River Parkway, Vineland, NJ 08360

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: CitiFinancial Services, Inc.
b. Current Assignee: CitiFinancial Services, Inc.
c. Current Servicer: CitiFinancial Services, Inc.
d. Date of Mortgage/Lien: 11/27/2006
e. Date of Recordation: 1/09/2007
f. Place of Recordation: Cumberland County
    i. Mortgage Book: 4016
    ii. Page: 8309
g. Original Principal Balance of Mortgage/Lien: $ 15,675.65

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*